IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES TAYLOR,

        Petitioner,        No. CIV S 07-2427 MCE DAD P

   vs.

D.K. SISTO, et al.,

        Respondents.       ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        The petition pending before the court is defective in several respects. In this regard, petitioner has not answered all the questions in the form petition but rather has merely attached to the form copies of his state habeas petitions, the state court rulings on his state petitions, the transcripts of his August 17, 2006 parole consideration hearing and February 27, 2002 parole decision, as well as other documents. Accordingly, the court will dismiss the petition and grant petitioner leave to file an amended petition for a writ of habeas corpus.

Petitioner is informed that in his amended federal habeas petition he must raise only claims based on federal law and the U.S. Constitution and should not include claims based solely on alleged violation of California law.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of service of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

2. Petitioner's petition, filed on November 13, 2007, is dismissed;

3. Within thirty days from the date of service of this order, petitioner shall file an amended petition for a writ of habeas corpus that complies with the requirements of the Federal Rules of Civil Procedure; the amended petition must bear the docket number assigned this case and must be labeled "Amended Petition;" petitioner must use the form petition provided by the court;

4. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

5. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form and the form petition for a writ of habeas corpus that is used by this district.

DATED: November 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:cm/4
tayl2427.101a