IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES TAYLOR,

        Petitioner,              No. CIV S-07-2427 MCE DAD P

    vs.

D.K. SISTO, et al.,

        Respondents.        <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to his file a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's March 17, 2008 request for an extension of time is granted; and

        2.  Petitioner shall file his traverse on or before April 21, 2008.

DATED: March 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb
tayl2427.111trv