UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| JAMES TAYLOR, | ) 2:7-CV-2427-GW |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| D.K. SISTO, WARDEN, | ) |
| | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed without prejudice.

DATED: July 5, 2011

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1